JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER ABEL CASTRO-CASTRO, et al., | Case No. C-~~05453 MMC~~ 10-5453 MMC |
| Plaintiffs, | STIPULATION TO EXTEND DATES AND ~~[PROPOSED]~~ ORDER |
| vs. | |
| EMILIA BARDINI, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, as follows:

    1. Defendants have filed a Combined Motion to Dismiss or, in the Alternative, for Summary Judgment; or, in the Alternative, to Sever, and a hearing on the motion is scheduled for April 1, 2011 at 9:00 a.m. Plaintiffs' opposition is due March 7, 2011.

    2. Plaintiffs' counsel is unable to prepare and file timely opposition to Defendants' motion. Plaintiffs' counsel was on vacation from February 19, 2011 through February 27, 2011. Plaintiffs' counsel, a sole practitioner, is scheduled to represent clients at hearings at the Immigration Court on March 2, 2011 and March 3, 2011, and is scheduled to work outside of the San Francisco Bay Area

on March 5, 2011 and March 7, 2011.

    3. The parties respectfully request that the Court extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Plaintiffs' opposition to Defendants' motion due:: | April 29, 2011 |
| Defendants' reply to Plaintiffs' opposition due: | May 6, 2011 |
| Hearing on Defendants' motion: | May 20, 2011 at 9:00 a.m. |

Respectfully submitted,

Date: March 2, 2011

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

Date: March 2, 2011

/s/
CHRISTOPHER W. HOLLIS
Attorney for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date: March 3, 2011

MAXINE M. CHESNEY
United States District Judge