IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER ABEL CASTRO-CASTRO, et al.,

        Plaintiffs,

  v.

EMILIA BARDINI, Director, San Francisco Asylum Office, United States Citizenship and Immigration Services, et al.,

        Defendants.
                                     /

No. CV-10-5453 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motion is hereby GRANTED, and the Amended Complaint is hereby DISMISSED.

Dated: June 16, 2011

                                            Richard W. Wieking, Clerk

                                            By: Tracy Lucero
                                            Deputy Clerk